IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service, <br><br> Defendants. | CV 21–84–M–DLC <br><br><br> ORDER |

Plaintiffs, by and through their attorney Laura King, moves this Court for the admission of Claudia Newman *pro hac vice* in the above-captioned matter. (Doc. 3.) It appears Ms. King intends to act as local counsel. (*Id.*) Ms. Newman's application appears to be in order.

Accordingly, IT IS ORDERED that Ms. Newman's motion to appear *pro hac vice* (Doc. 3) is GRANTED on the condition that she does her own work. This means that Ms. Newman must: (1) do her own writing; (2) sign her own pleadings,

1

motions, and briefs; and (3) appear and participate personally. Ms. Newman shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Newman files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 7th day of September, 2021.

_____
Dana L. Christensen, District Judge
United States District Court