IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the United States Forest Service,<br><br>Defendants. | CV 21–84–M–DLC<br><br><br>ORDER |

The Complaint having been filed in this case, and pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and L.R. 16.1, 16.2, & 26.1,

**IT IS ORDERED:**

**1.  Responsibility of Plaintiffs' Counsel**.  This order is issued at the outset of the case, and a copy is delivered by the Clerk of Court to counsel for the plaintiff.  **Plaintiffs' counsel is directed to serve a copy of this order to all parties that have appeared, and to each other party within ten days after receiving notice of that party's appearance.  Plaintiffs' case may be dismissed without prejudice if Plaintiffs fail to serve opposing counsel with this order.**

**2.  Rule 26(f) Conference and Case Management Plan**.  A Case Management Plan shall be filed on or before **December 13, 2021.** Lead trial

counsel for the respective parties shall, at least two weeks before the Case Management Plan is due, meet to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to develop a proposed case management plan.  The case management plan resulting from the Rule 26(f) conference is not subject to revision absent compelling reasons.

3.  **Contents of Case Management Plan**.  The Case Management Plan shall contain deadlines for the following pretrial motions and events or shall state that such deadlines are not necessary:

> Motions to Dismiss (fully briefed)
> Certification of Administrative Record
> Motions to Supplement the Administrative Record
> Motions to Amend the Pleadings
> Completion of Discovery
> Motions for Summary Judgment (fully briefed)
> Additional Deadlines Agreed to by the Parties

"Fully briefed" means that the motion, the brief in support of the motion, and the opposing party's response brief are filed with the court by the deadline.

4.  **Representation at Rule 26(f) Conference**.  Each party to the case must be represented at the Rule 26(f) conference by at least one person with authority to enter into stipulations.

5.  **Stipulation to Foundation and Authenticity**.  Pursuant to Rule 16(c)(3), the parties shall either:
(a) enter into the following stipulation:

> The parties stipulate as to foundation and authenticity for all written documents produced in pre-trial disclosure and during the course of discovery.  However, if receiving counsel objects to either the foundation or the authenticity of a particular document, then receiving counsel must make specific objection to producing counsel in writing within a reasonable time after receiving the document.  A "reasonable" time means that producing counsel has sufficient time to lay the foundation or establish authenticity through depositions or other discovery.  If the producing party objects to a document's foundation or authenticity, the producing party shall so state, in writing, at the time of production, in sufficient time for receiving

2

counsel to lay the foundation or establish authenticity through
depositions or other discovery.  All other objections are reserved.

or,

(b) state why a stipulation to authenticity and foundation is not appropriate
for the case.

**6. Administrative Record:** If an administrative record is involved, it must
be filed in an indexed and searchable electronic format. The government shall
provide Plaintiff with the administrative record on or before the administrative
record filing deadline set out in ¶ 4, supra.  **The government must also file with
the Court ONE hard copy of the following documents (along with any
attachments or appendices) to the extent any such documents are at issue in
the case:**

Final Environmental Impact Statement
Supplemental Environmental Impact Statement
Record of Decision or Decision Notice
Forest Plan or other programmatic planning document
Biological Assessment
Biological Opinion
Finding of No Significant Impact
Final Listing/Delisting Rule

DATED this 13th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court

3