Laura King, MT Bar # 13574
7 Mergenthaler Road
Montana City, MT 59634
laurahelenking@gmail.com
Phone: (909) 200-9776

Claudia M. Newman, WSBA No. 24928
Bricklin & Newman, LLP
123 NW 36th Street, Suite 205
Seattle, WA  98107
newman@bnd-law.com
Phone:  (206) 264-8600

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>Defendants. | NO. 9:21-cv-00084-DLC<br><br>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 1

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle WA 98107
Tel.  (206) 264-8600
FAX. (206) 264-9300

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council hereby move for summary judgment on claims and requests for relief associated with National Forest Management Act (NFMA), 16 U.S.C. § 1600, *et seq.,* the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321, and the Healthy Forest Restoration Act (HFRA), 16 U.S.C. 6501 et. seq.

Per District Local Rule Civ. 7.1, to accompany this motion, plaintiffs are filing Plaintiffs' Brief in Support of Motion for Summary Judgment, which contains all of the reasons and points and authorities relied upon to support this motion.

Dated this 14th day of February, 2022.

    Respectfully submitted,

    BRICKLIN & NEWMAN, LLP

    By:   *s/Claudia M. Newman*
           Claudia M. Newman, WSBA No. 24928
           123 NW 36th Steet, Suite 206
           Seattle, WA  98107
           (206) 264-8600
           newman@bnd-law.com
           Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 2

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle WA 98107
Tel.  (206) 264-8600
FAX. (206) 264-9300

| | |
|---|---|
| 1 | LAURA KING |
| 2 | |
| 3 | By:  */s/ Laura King* |
| 4 |      Laura King, MT Bar # 13574 |
|   |      7 Mergenthaler Road |
| 5 |      Montana City, MT 59634 |
|   |      laurahelenking@gmail.com |
| 6 |      (909) 200-9776 |
|   |      Attorneys for Plaintiff |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 3

**Bricklin & Newman, LLP**
Attorneys at Law
123 NW 36th Street, Suite 205
Seattle WA 98107
Tel. (206) 264-8600
FAX. (206) 264-9300