IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 of the U.S. Forest Service,<br><br>　　　　　Defendants. | CV 21–84–M–DLC<br><br><br>ORDER |

　　　Currently pending before the Court are Plaintiffs' and Defendants' cross-motions for summary judgment. (Docs. 17, 26.) This matter is now fully briefed, and the Court finds a hearing is warranted. The Court's calendar cannot accommodate a hearing until January 4th, 2023.

　　　Accordingly, IT IS ORDERED that the Court will hold a hearing on these motions (Docs. 17, 26) on January 4th, 2023, at 9:00 a.m. at the Russell Smith Federal Courthouse in Missoula, Montana. Each party shall be afforded 45 minutes for argument, irrespective of any time spent answering questions posed by the Court. Additionally, each amicus party shall be afforded 10 minutes for

1

argument, irrespective of any time spent answering questions posed by the Court.

DATED this 13th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court