IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>    Defendant. | CV 21–84–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' Motion for Local Counsel to Appear Remotely. (Doc. 36.) Laura King serves as Plaintiffs' local counsel. (*Id.*) The basis for this motion is to allow Ms. King to attend the hearing on motions scheduled on January 4, 2023, due to the demands of her parenting schedule. (*Id.*; *see also* Doc. 34.) The United States does not oppose the motion. (Doc. 37.)

Accordingly, IT IS ORDERED that the motion (Doc. 36) is GRANTED.

DATED this 31st day of October, 2022.

1

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court