MARK C. PHARES
BRIAN BRAMBLETT
Montana Department of Natural
Resources and Conservation
2705 Spurgin Rd.
Missoula, MT 59804
(406) 542-4341
mphares@mt.gov

*Attorneys for Amicus DNRC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>Defendants. | NO. 9:21-cv-00084-DLC<br><br>**UNOPPOSED MOTION FOR LEAVE FOR COUNSEL TO APPEAR REMOTELY** |

1

Pursuant to Local Rule 83.1(a)(2)(A) of the United States District Court for the District of Montana, the Montana Department of Natural Resources and Conservation hereby submits its unopposed motion to allow counsel, Brian Bramblett, to appear remotely to argue DNRC's position at the January 4, 2023 hearing in this matter. Mr. Bramblett is a member in good standing of the bar of this Court and is on active status. With the commencement of the Montana Legislature's 2023 legislative session, and due to other pressing matters, Mr. Bramblett cannot travel from Helena to Missoula to attend the hearing, but is able to attend remotely, and respectfully asks this court for leave to appear by phone or video call. The undersigned will be physically present at the January 4, 2023 hearing.

DATED this 23st day of December 2022.

/s/ Mark C. Phares_____
Mark C. Phares
Brian Bramblett
Attorneys for Amicus Montana
Department of Natural Resources and
Conservation

## CERTIFICATE OF SERVICE

I certify that on December 23, 2022, I filed the foregoing document via the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system. Participants in this case who are not registered cm/ecf users will be served via U.S. mail, postage prepaid.

By: /s/ Mark C. Phares
Mark C. Phares
Brian Bramblett
Attorneys for Amicus Montana
Department of Natural Resources and
Conservation
