IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>　　　　Defendant. | CV 21–84–M–DLC<br><br><br>ORDER |

　　　Before the Court is Amicus Montana Department of Natural Resources and Conservation's ("DNRC") Unopposed Motion for Leave for Counsel to Appear Remotely. (Doc. 40.) Brian Bramblett and Mark Phares serve as DNRC's counsel. (*Id.* at 2.) Mr. Bramblett is unable to travel to Missoula to attend the hearing on January 4, 2023, but is able to attend remotely. (*Id.*) Mr. Phares will attend the hearing in person. (*Id.*)

　　　Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED.

　　　DATED this 29th day of December, 2022.

1

*[signature: Dana L. Christensen]*
Dana L. Christensen, District Judge
United States District Court