IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>　　　　Defendant. | CV 21–84–M–DLC<br><br><br>ORDER |

　　　　Before the Court is Amicus Carbon County's Unopposed Motion for Leave for Counsel to Appear Remotely.  (Doc. 41.)  Counsel for Carbon County requests leave to appear remotely at the hearing scheduled for January 4, 2023, at 9:00 a.m.  (*Id.*)  Counsel for Plaintiffs and Defendants have been contacted and do not oppose the motion.  (*Id.* at 2.)

　　　　Accordingly, IT IS ORDERED that the motion (Doc. 41) is GRANTED.

　　　　DATED this 29th day of December, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1