UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES; and NATIVE ECOSYSTEMS COUNSIL,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the U.S. Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 of the U.S. Forest Service,<br><br>　　　　　　Defendants. | Case No. CV-21-084-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in accordance with the Order dated August 23, 2023 (Doc. 46), that Defendants are ENJOINED from implementing the Project and this matter is REMANDED to the Forest Service to address the deficiencies identified in the Order.

　　Dated this 23rd day of August, 2023.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK
　　　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk