IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>  Defendants. | CR 21–84–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' Unopposed Motion to Stay Briefing on Plaintiffs' Motion for Award of Attorneys' Fees and Costs. (Doc. 49.) Defendants move to stay briefing on Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 48) until: (1) if no party appeals, thirty days after the deadline for filing a notice of appeal of the Court's August 23, 2023, Order and Judgment (Docs. 46, 47); or (2) if a party appeals, thirty days after resolution of any appeal. (*Id.* at 2.) The Court finds that there is good cause to stay the briefing on this issue.

1

Accordingly, IT IS ORDERED that the motion (Doc. 49) is GRANTED. Defendants shall file their response to Plaintiffs' Motion (Doc. 48) either thirty (30) days after the deadline to file a notice of appeal of the Court's August 23, 2023, Order and Judgment (Docs. 46, 47), or thirty (30) days after the resolution of any appeal.

DATED this 13th day of September, 2023.

_____
Dana L. Christensen, District Judge
United States District Court