IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, Chief of the Forest Service; MARY ERICKSON, Forest Supervisor for the Custer Gallatin National Forest; and LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service,<br><br>   Defendants. | CR 21–84–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Notice of Settlement. (Doc. 59.) The parties notify the Court that they have fully resolved Plaintiffs' request for attorneys' fees (Doc. 48) and request that this matter be closed. (*Id.*)

Accordingly, IT IS ORDERED that Plaintiffs' Motion for Attorneys' Fees (Doc. 48) is DENIED AS MOOT.

DATED this 10th day of April, 2024.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1